UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                                       Case No. 21-30325
                                                      Originating No.  21-00494

**TREVOR BROWN,**

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **TREVOR BROWN,** to answer to charges pending in another federal district, and states:

1. On **July 1, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Columbia based on a Complaint**.  Defendant is charged in that district with violations of **Obstruction of Law Enforcement During Civil Disorder, Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds, Disorderly Conduct on Capitol Grounds and Parading, Demonstrating, or Picketing in a Capitol Building.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                                  Respectfully submitted,

                                  SAIMA MOHSIN
                                Acting United States Attorney

                                <u>s/William Sloan</u>
                                WILLIAM SLOAN
                                Assistant U.S. Attorney
                                211 W. Fort Street, Suite 2001
                                Detroit, MI 48226
                                (313) 226-9100

Dated: July 1, 2021